1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                            NORTHERN DISTRICT OF CALIFORNIA
10                                    SAN JOSE DIVISION
11
12   UNITED STATES OF AMERICA,           )   No. CV-16-01996 EJD
                                         )
13           Petitioner,                 )
                                         )
14      v.                               )   [Proposed] ORDER TO
                                         )   SHOW CAUSE RE: CONTEMPT
15   CADE CORPORATION,                   )
                                         )
16           Respondent.                 )
                                         )
17   _____

18      Good cause having been shown by the United States upon its Application For Entry of Order To
19   Show Cause Re: Contempt, it is hereby
20      ORDERED that Respondent appear in person before this Court on the __23rd__ day of January,
21   2017, at 1:30 p.m. in Courtroom No. 4, 5th Floor, United States Courthouse, 280 South First Street, San
22   Jose, California, and then and there show cause, if there is any, why Respondent should not be held in
23   contempt for its failure to comply with the Order filed August 26, 2016; and it is further
24      ORDERED that a copy of this Order to Show Cause Re: Contempt be served upon said
25   Respondent in accordance with Rule 5 of the Federal Rules of Civil Procedures at least thirty-five (35)
26   days before the return date of this Order above specified; and it is further
27   //
28   //

1  ORDERED that within twenty-eight (28) days before the return date of this Order, the
2 Respondent may file and serve a written response to the Order To Show Cause Re: Contempt, supported
3 by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. Subsection 1746, as well as
4 any motions it desires to make; that the Petitioner may file and serve a written reply to such response, if
5 any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by
6 the pleadings will be considered on the return date of this Order, and only those issues raised by motion
7 or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s)
8 will be considered at the return of this Order.

ORDERED this $\underline{18\text{th}}$ day of November, 2016, at San Jose, California.



UNITED STATES DISTRICT JUDGE